IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: JOAN L. FOULK                )
                                    )
WELLS FARGO BANK, N.A.,             )
          Creditor,                 )
    vs.                             ) CASE NO. 09B12015
                                    ) JUDGE HON. D CALENDAR
JOAN L. FOULK,                      )
                      Debtor        )
                                    )

## RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

Now comes Wells Fargo Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the November 2011 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of November 14, 2011.

   | | |
   |---|---|
   | a. Attorney's fees | $250.00 |
   | b. Payments (12/11 – 1/12 @ $2,509.09) | $5,018.18 |
   | c. Late charges | $360.92 |
   | d. Suspense | ($2,477.98) |
   | Total | $3,151.12 |

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, Wells Fargo Bank, N.A. rights to collect these amounts will remain unaffected.

Respectfully Submitted,
Wells Fargo Bank, N.A.

/s/Dana N. O'Brien
Dana N. O'Brien
ARDC#6256415

Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088